# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/17/2015 4:45:49 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12** - 15 - 00153 - CR

Trial Court Style:  The State of Texas v. Coby Ray Hudgins

Trial Court & County: 124th District Court, Gregg County     Trial Court No.: 43,465-B

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: July 17, 2015

Anticipated Number of Pages of Record: 800

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

[X]     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either      pay the required fee or to make arrangements to pay the fee for preparing the record.

[X]     my duties listed below preclude working on this record:  Three criminal appellate records, including one capital murder case, as well as a civil trial, encompassing over 1500 pages of testimony.

[ ]     Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  8-15-15     , and **I hereby request an additional     60     days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

  7-17-15
Date

Signature   /s/ Tina Campbell

  (903) 237-2570
Office Phone Number

Printed Name   Tina Campbell

  tina.campbell@co.gregg.tx.us
E-mail Address (if available)

Official Title   Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                                Lead Counsel for **APPELLEE(S)**:

Name: Lance Larison                          Name: Ms. Zan Brown

Address: P.O. Box 232                        Address: 101 E. Methvin, Suite 333

     Longview, Texas 75601                      Longview, Texas 75601

Phone no.: (903) 238-9040 - FAX              Phone no.: (903) 236-8490

Attorney for: Defendant Hudgins              Attorney for: The State of Texas


Lead Counsel for **APPELLANT(S)**:                                Lead Counsel for **APPELLEE(S)**:

Name: J. Brandt Thorson                      Name:

Address: 606 E. Methvin                      Address:

     Longview, Texas 75606

Phone no.: (903) 212-3038 - FAX              Phone no.:

Attorney for: Defendant Hudgins              Attorney for:


Additional                    information,                    if                    any: